ACCEPTED
14-15-00356-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 9:34:35 AM
CHRISTOPHER PRINE
CLERK

No. 14-15-00356-CV

## IN THE COURT OF APPEALS
## FOURTEENTH JUDICIAL DISTRICT
## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/28/2015 9:34:35 AM
CHRISTOPHER A. PRINE
Clerk

### ANN VO, ALI REZA YAZDANI AND BLUE BALLROOM, LLC

*APPELLANTS*

VS.

### FRANKLIN BUSINESS, INC.

*APPELLEE*

## FROM THE 157TH JUDICIAL DISTRICT COURT
## OF HARRIS COUNTY, TEXAS
## TRIAL COURT CASE NO. 2013-00421A

## APPELLANTS' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE OPENING BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellants Ann Vo, Ali Reza Yazdani and Blue Ballroom, LLC file this Unopposed Motion for Extension of Time to File Opening Brief and would respectfully show the Court the following:

1

1.     The Clerk's Record in this appeal was filed on August 3, 2015, thus setting the due date for Metropolitan's opening brief on September 2, 2015, pursuant to Tex.R.App.P. 36.8(a).

2.     Appellants and Appellee Franklin Business, Inc. have discovered several significant omissions from the Clerk's Record, including Appellee's original petition in intervention, several motions to compel discovery and Appellants' responses to those motions, and the trial court's orders with respect to those motions.  The pleadings omitted from the Clerk's Record are extremely important to the arguments to be presented by the parties, as well as the resolution of this appeal.

3.     On August 10 and August 13, 2015, Appellants filed written requests to the Harris County District Clerk to prepare and forward to this Court a supplemental Clerk's Record containing these omitted pleadings. True and correct copies of these requests are attached to this Unopposed Motion collectively as Exhibit A.

4.     On August 24, 2015, counsel for Appellants contacted the assistant clerk of the Harris County District Clerk's office who is handling the request for a supplemental Clerk's Record in this appeal and inquired as to the date the requested supplemental record could be expected to be prepared and filed with this Court.  Counsel was advised by the assistant

2

clerk that due to the backlog of requests for supplemental records in other appeals, the supplemental Clerk's Record requested by Appellants in this appeal would likely not be prepared and filed until sometime in late September 2015.

5.　Without this supplemental Clerk's Record, Appellants cannot even commence drafting, much less complete, their opening brief.

6.　Accordingly, Appellants respectfully request that the Court extend the due date for Appellants to file their opening brief to and through October 16, 2015, in order to provide Appellants with sufficient time to draft and file their brief after the requested supplemental Clerk's Record has been filed with this Court.

7.　Appellants' counsel conferred with counsel for Appellee on August 25, 2015, and counsel for Appellee advised that Appellee does not oppose the relief requested in this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Appellants respectfully request that the Court extend the time for filing Appellants' opening brief to and through October 16, 2015.

**SIGNED AND FILED** this 28th day of August, 2015.

Respectfully submitted,

**THE HALL LAW FIRM**

/s/William L. Van Fleet
**Benjamin L. Hall, III**
Texas Bar No. 08743745
**William L. Van Fleet, II**
Texas Bar No. 20494750
**Kimmie R. Bennett**
State Bar No. 24011946
530 Lovett Blvd.
Houston, TX  77006
(713) 942-9600 (Telephone)
(713) 942-9566 (Facsimile)
bvfleet@comcast.net

**ATTORNEYS FOR APPELLANTS
ANN VO, ALI REZA YAZDANI AND
BLUE BALLROOM, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 25, 2015, he conferred with Barry A. Brown, counsel for Appellee Franklin Business, Inc., who advised that he does not oppose the relief requested in the above and foregoing Motion.

/s/William L. Van Fleet
William L. Van Fleet II

4

## CERTIFICATE OF COMPLIANCE (RULE 9.4)

The undersigned certifies that the above and foregoing Motion satisfies the requirements of Tex.R.App.P. 9.4 because the Motion contains 658 words.

/s/William L. Van Fleet II
William L. Van Fleet II

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2015, a true and correct copy of the foregoing Motion was forwarded to counsel for Franklin Business, Inc., 7322 Southwest Freeway, Suite 1100, Houston, Texas 77074 via email at tebear05@msn.com.

/s/William L. Van Fleet
William L. Van Fleet II

5

EXHIBIT "A"



# THE HALL LAW FIRM

530 Lovett Boulevard • Houston, Texas 77006
Telephone: (713) 942-9600 • Facsimile: (713) 942-9566

Benjamin L. Hall, III, Ph.D., J.D.
Board Certified Personal Injury Trial Law
Board Certified Civil Trial Law
Texas Board of Legal Specialization

August 13, 2015

Chris Daniels
Harris County District Clerk
Attn: Phyllis – Post Trial
201 Caroline, First Floor
Houston, Texas 77002

Re: Cause No. 2013-00421A; *Franklin Business, Inc. v. Damon Cobbs, et al*; in the 157th Judicial District Court of Harris County, Texas

Dear Mr. Daniels,

Please supplement any and all of the following records in the above-mentioned case to the Court of Appeals that have not been previously supplied:

| Document | Date Filed | Pages |
|---|---|---|
| Plaintiff's Verified Original Petition, Application for Temporary Restraining Order and Requests for Temporary and Permanent Injunctions | 1/4/2013 | 19 |
| Defendant, Ann Vo's Response to Plaintiff's Original Petition, Defendants Request for Disclosures and Defendants Request for a Jury Trial | 2/14/2013 | 3 |
| Defendants Answer to Plaintiff's verified original petition application for temporary restraining order and request for temporary ans permanet injunction | 2/20/2013 | 12 |
| Order signed consolidating case | 1/29/2014 | 2 |
| Franklin Business, Inc.'s petition in intervention, application for temporary restraining order, temporary injunction and permanent injunction, request for disclosure (with exhibits) | 3/13/2014 | 18 |
| Defendants Motion to Set Aside and/or Void the March 24, 2014, Temporary Restraining Order or in the Alternative Defendant's Motion for a and Defendants motion for an expedited Hearing on Motions (with Exhibits) | 3/30/2014 | 22 |
| Signed Order | 8/25/2014 | 3 |
| Signed Order on Intervenor Franklin Business, Inc.'s Rule 215.1 discovery motions | 10/1/2014 | 2 |
| Order Signed compelling Production in Part – See Order | 10/21/2014 | 3 |
| Signed Order granting third motion to compel | 12/2/2014 | 7 |

| | | |
|---|---|---|
| Order signed denying trial continuance | 12/2/2014 | 1 |
| Proposed Order Granting Franklin Business, Inc.'s Motion for Entry of Judgment by Default and Conditional Motion for Severance | 12/11/2014 | 3 |
| Franklin Business Inc.'s Motion for Entry of Judgment by Default and Conditional Motion for Severance (with Exhibits) | 12/11/2014 | 81 |
| Default Judgment Signed | 1/21/2015 | 3 |
| Signed Order Granting Franklin Business, Inc.'s Motion for Entry of Judgment by Default and conditional motion for Severance | 1/21/2015 | 3 |
| Interlocutory Default Judgment | 1/21/2015 | 3 |
| Order Granting Franklin Business, Inc.'s Motion for Entry of Judgment by Default and Conditional Motion for Severance | 1/21/2015 | 3 |
| Form for Severances | 1/21/2015 | 1 |
| Bill of Costs incurred by Franklin Business, Inc. | 1/26/2015 | 1 |
| Request for Abstract Judgment | 1/26/2015 | 1 |
| Motion to Set Aside Judgment & for New Trial (with Exhibits) | 2/20/2015 | 75 |
| Franklin Business, Inc.'s Response in Opposition to the Motions for New Trial Filed on Behalf of Ann Vo, Ali Reza Yazdani and "The Blue Ballroom, LLC" (with Exhibits) | 3/10/2015 | 11 |
| Defendants Motion for Sanctions and Supplement to Defendants Motion to Set Aside Judgment and Motion for a New Trial (with Exhibits) | 3/24/2015 | 166 |
| Defendant's Motion for Sanctions and Supplement to Defendants Motion to Set Aside Judgment and Motion for a New Trial (with Exhibits) | 3/25/2015 | 79 |
| Defendant, Cobb's Request for Emergency Hearing | 3/26/2015 | 3 |
| Motion to Abate and Request an Emergency Hearing on Motion to Abate | 3/26/2015 | 6 |
| Request for an Emergency Hearing on this Motion to Move Hearing Date from March 27, 2014 (with Exhibits) | 3/26/2015 | 8 |
| Franklin Business, Inc.'s Opposition to Ann Vo & Ali Reza Yazdani's Supplement to their Motions for New Trial etc., and Motion to Abate/and Franklin Business, Inc.'s Motion to Strike and its Motion for Sanctions for Baseless Pleading Related Thereto (with Exhibits) | 3/30/2015 | 23 |
| Defendants Ann Vo and Ali Yazdani Motion for Emergency Hearing | 3/30/2015 | 2 |
| First Amended Motion to Set Aside Judgment & for New Trial (with Exhibits) | 4/2/2015 | 74 |
| Order Denying Motion for New Trial Signed/ Order Denying Sanctions Signed/ Order Signed Denying Motion to Set Aside Final Judgment/ Order Signed Granting Entry of Temporary Orders | 4/7/2015 | 2 |
| Defendants' Notice of Appeal | 4/16/2015 | 2 |
| Superseadas Bond Filed | 6/4/2015 | 17 |

| Plaintiff in Judge Franklin Business Inc.'s Contest to the Amount of Judgment Debtors, Ann Vo, Ali Yazdani and the Blue Ballroom, LLC, Cash Deposition in Lieu of Bond to Suspend Execution of Judgment | 6/5/2015 | 7 |
|---|---|---|
| Motion to Substitute Counsel | 6/24/2015 | 3 |
| Order Signed Substituting Attorney of Record | 7/10/2015 | 1 |
| Findings of Fact/Conclusions of Law Signed Order Signed Granting Entry of Temporary Orders | 7/16/2015 | 4 |

## ADDITIONAL DOCUMENTS TO SUPPLEMENT RECORD

| IMAGE NO. | TITLE | DATE |
|---|---|---|
| 62360377 | Intervenor Franklin Business, Inc.'s Motion under Rule 215.1 to Compel Responses to Interrogatories and Requests for Production, together with all exhibits | 9/16/2014 |
| 62751147 | Supplement to Intervenor Franklin Business , Inc's Rule 215.4 (a) Motion To Determine Sufficiency of Ann Vo and Alex Yazadani's Responses and Objections to Intervenor's Request For Admissions and To Enforce The Court's October 1, 2014 Order, together with all exhibits | 10/14/2014 |
| 62765068 | Defendants Motion To Dismiss, Motion For Attorney Fee's; Defendants Response To Intervenor Motion To Determine Sufficiency Of Ann Vo Responses And Objection To Intervenor's Request For Admissions, And Intervenor Request For Attorney's Fees | 10/14/2014 |
| 62775800 | Intervenor Franklin Business, Inc.'S Response In Opposition, And Rebuttal To Ann Vo's October 14, 2014 Pleading 1 | 10/15/2014 |
| 62804803 | Attorney Sonya Chandler Anderson Motion for A Continuance and Proposed Order | 10/17/2014 |
| 62996275 | Defendants Ann Vo's and Alex Yazdani's Certificate of Written Discovery | 10/30/2014 |

| 63014594 | Supplement to Intervenor, Franklin Business, Inc.'s Motion to Enforce October 1, 2014 Discovery Order | 11/03/2014 |
| 63011786 | Defendants Ann Vo and Alex Yazdani's Supplemental Documents Produced to all Parties | 11/03/2014 |
| 63048239 | Defendants Ann Vo's And Alex Yazdani's Certificate Of Written Discovery | 11/04/2014 |
| 63134721 | Defendants Vo and Alex YazdanisOpposed Motion for Extension of Time To Comply with Court's October 21, 2014 Order and Defendants Motion For Continuance of The December 1, 2014 Trial Setting and Exhibit A | 11/11/2014 |
| 63205427 | Intervenor Frnaklin Business Inc's Opposition to Defendants' Ann Vo's and Ali Reza Yazdani's Motions for Continuance and Joinder in Carter Plaintiff's Third Motion for Discovery Sanctions against Defendants and Defendants in Intervention Ann Vo and Ali Re | 11/17/2014 |
| 63192044 | Plaintiffs Third Motion to Compel and Request for Sanctions and Application for Attorney's Fees and Motion to Strike Pleadings and/or Limit Testimony, together with all exhibits and proposed order | 11/17/2014 |
| 63381417 | Order Sgnd Denying Mtn For Extension Of Time Order Signed Denying Trial Continuance | 12/02/2014 |
| 63595549 | Defendants The Blue Ballroom, Alex Yazdani's And Ann Vo Denys The Allegation In Franklin Business INC's Motion For Severance And The Blue BallRoom, Alex Yazdani's And Ann Vo Motion For Extension of Time To File An Response | 12/22/2014 |
| 63623973 | Order Signed Granting Mtn For Extension | 12/22/2014 |

Of Time

63587705   Defendant Blue Ballroom LLC, Alex Yazdani  12/22/2014
       and Ann Vo Answer to The Intervenor
       Franklin Business Inc. Original Petition
       Of Intervention

   Thank you for your assistance in this matter.

           Very truly yours,


           /s/ Melanie Martinez   .
           Melanie Martinez
           Paralegal to Benjamin L. Hall, III

cc: William Van Fleet



# THE HALL LAW FIRM

530 Lovett Boulevard • Houston, Texas 77006
Telephone: (713) 942-9600 • Facsimile: (713) 942-9566

Benjamin L. Hall, III, Ph.D., J.D.
  Board Certified Personal Injury Trial Law
  Board Certified Civil Trial Law
  Texas Board of Legal Specialization

August 10, 2015

Chris Daniels
Harris County District Clerk
Attn: Phyllis – Post Trial
201 Caroline, First Floor
Houston, Texas 77002

Re: Cause No. 2013-00431A; *Franklin Business, Inc. v. Damon Cobbs, et al*; in the 157th Judicial District Court of Harris County, Texas

Dear Mr. Daniels,

Please supplement any and all of the following records in the above-mentioned case to the Court of Appeals that have not been previously supplied:

### ADDITIONAL DOCUMENTS TO SUPPLEMENT RECORD

| IMAGE NO. | TITLE | DATE |
|---|---|---|
| 62360377 | Intervenor Franklin Business, Inc.'s Motion under Rule 215.1 to Compel Responses to Interrogatories and Requests for Production, together with all exhibits | 9/16/2014 |
| 62751147 | Supplement to Intervenor Franklin Business , Inc's Rule 215.4 (a) Motion To Determine Sufficiency of Ann Vo and Alex Yazadani's Responses and Objections to Intervenor's Request For Admissions and To Enforce The Court's October 1, 2014 Order, together with all exhibits | 10/14/2014 |
| 62765068 | Defendants Motion To Dismiss, Motion For Attorney Fee's; Defendants Response To Intervenor Motion To Determine Sufficiency Of Ann Vo Responses And Objection To Intervenor's | 10/14/2014 |

|  |  |  |
|---|---|---|
|  | Request For Admissions, And<br>Intervenor Request For Attorney's Fees |  |
| 62775800 | Intervenor Franklin Business,<br>Inc.'S Response In Opposition, And<br>Rebuttal To Ann Vo's<br>October 14, 2014 Pleading 1 | 10/15/2014 |
| 62804803 | Attorney Sonya Chandler Anderson Motion<br>for A Continuance and Proposed Order | 10/17/2014 |
| 62996275 | Defendants Ann Vo's and Alex Yazdani's<br>Certificate of Written Discovery | 10/30/2014 |
| 63014594 | Supplement to Intervenor, Franklin<br>Business, Inc.'s Motion to Enforce October 1,<br>2014 Discovery Order | 11/03/2014 |
| 63011786 | Defendants Ann Vo and Alex Yazdani's<br>Supplemental Documents Produced to<br>all Parties | 11/03/2014 |
| 63048239 | Defendants Ann Vo's And Alex<br>Yazdani's Certificate Of Written Discovery | 11/04/2014 |
| 63134721 | Defendants Vo and Alex YazdanisOpposed<br>Motion for Extension of Time To Comply<br>with Court's October 21, 2014 Order and<br>Defendants Motion For Continuance of<br>The December 1, 2014 Trial Setting and<br>Exhibit A | 11/11/2014 |
| 63205427 | Intervenor Frnaklin Business Inc's Opposition<br>to Defendants' Ann Vo's and Ali Reza<br>Yazdani's Motions for Continuance and Joinder<br>in Carter Plaintiff's Third Motion for Discovery<br>Sanctions against Defendants and Defendants<br>in Intervention Ann Vo and Ali Re | 11/17/2014 |
| 63192044 | Plaintiffs Third Motion to Compel and<br>Request for Sanctions and Application for<br>Attorney's Fees and Motion to Strike<br>Pleadings and/or Limit Testimony, together<br>with all exhibits and proposed order | 11/17/2014 |

| 63381417 | Order Sgnd Denying Mtn For Extension Of Time Order Signed Denying Trial Continuance | 12/02/2014 |
|---|---|---|
| 63595549 | Defendants The Blue Ballroom, Alex Yazdani's And Ann Vo Denys The Allegation In Franklin Business INC's Motion For Severance And The Blue BallRoom, Alex Yazdani's And Ann Vo Motion For Extension of Time To File An Response | 12/22/2014 |
| 63623973 | Order Signed Granting Mtn For Extension Of Time | 12/22/2014 |
| 63587705 | Defendant Blue Ballroom LLC, Alex Yazdani and Ann Vo Answer to The Intervenor Franklin Business Inc. Original Petition Of Intervention | 12/22/2014 |

Thank you for your assistance in this matter.

Very truly yours,

/s/ Melanie Martinez                    .
Melanie Martinez
Paralegal to Benjamin L. Hall, III

cc:  William Van Fleet